LARS T. FULLER (No. 141270)
SAM TAHERIAN (No. 170953)
THE FULLER LAW FIRM, P.C.
60 No. Keeble Ave.
San Jose, CA 95126
(408)295-5595

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>Michael E. Stone<br><br>            Debtor<br><br>---<br><br>Keith Tai Wong<br><br>            Plaintiff<br><br>Vs.<br><br>Michael E. Stone<br><br>            Defendants | Case No.: 18-50095-MEH<br><br>AP Case No. : 18-05014-MEH<br><br>Chapter 7<br><br>**DECLARATION OF ATTORNEY IN SUPPORT OF MOTION TO BE RELIEVED AS COUNSEL FOR PLAINTIFF**<br><br>Date: none set<br>Time: none set<br>Court: none set<br>Judge: Hon. M. Elaine Hammond |

I, Sam Taherian, hereby declare and state as follows:

    1.    I am an attorney licensed to practice in the State of California and admitted to practice before the United States District Court for the Northern and Eastern Districts of

1
**DECLARATION OF ATTORNEY IN SUPPORT OF MOTION TO BE RELIEVED AS COUNSEL FOR DEBTORS**

Case: 18-05014    Doc# 24-1    Filed: 06/25/19    Entered: 06/25/19 11:42:00    Page 1 of 3

California.

2. I am a principal of The Fuller Law Firm, P.C., attorneys of record for Plaintiff in the instant adversary, and creditor of the estate.

3. Due to medical reasons, I have been advised that I need to make a substantial lifestyle change, including a drastic reduction in my work hours and reduction in stress. For this reason, I am scaling down the litigation cases I am handling.

4. I am the only attorney in our law firm that handles adversary proceedings, and no other attorney in our firm will have the time to litigate this adversary proceeding.

5. Additionally, there is a difference of opinion between myself and plaintiff regarding litigation strategy. The difference of opinion is such that it impairs our firm from effectively representing Plaintiff.

6. At least nine months ago, I informed Plaintiff of my health issues. At least three months ago, I informed him that I would have to scale back my work hours, and advised him to seek other competent counsel.

7. I will provide Mr. Wong with a complete electronic copy of his file, and will take all other steps necessary to ensure that Mr. Wong is not prejudiced once our law firm is relieved as attorney of record.

8. I have advised Mr. Wong that should he interview or, choose to retain new counsel, I will be more than happy to communicate with such counsel to advise him or her of the relevant facts. This will assist Mr. Wong in evaluating new counsel and/or assist his new counsel in litigating this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 24th Day of June, 2019 at San Jose, California.

2
**DECLARATION OF LARS T. FULLER IN SUPPORT OF MOTION TO BE RELIEVED AS COUNSEL FOR DEBTOR**
Case: 18-05014   Doc# 24-1   Filed: 06/25/19   Entered: 06/25/19 11:42:00   Page 2 of 3

By: /s/ *Sam Taherian*
SAM TAHERIAN, ESQ.
on behalf of Movant

3
**DECLARATION OF LARS T. FULLER IN SUPPORT OF MOTION TO BE RELIEVED AS COUNSEL FOR DEBTOR**