

The following constitutes the order of the Court.
Signed: August 6, 2020

_M. Elaine Hammond_
_____
M. Elaine Hammond
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>Michael E. Stone,<br><br><br><br>Debtor. | Case No. 18-50095 MEH<br><br>Chapter 7 |
| Keith Tai Wong,<br><br>Plaintiff.<br><br>v.<br><br>Michael E. Stone,<br><br>Defendant. | Adv. No. 18-05014<br><br><br>Video Trial<br>Date:     July 29, 2020<br>Time:     9:00 a.m. |

## JUDGMENT

Following trial, for the reasons set forth in the Order After Trial entered contemporaneously herewith, $35,000 of Plaintiff Keith Tai Wong's state court judgment is exempt from discharge pursuant to 11 U.S.C. § 523(a)(2)(A). Judgment is entered in favor of Plaintiff.

**END OF JUDGMENT**

1

**COURT SERVICE LIST**

All ECF Recipients